UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: February 14, 2006

To: United States Court of Appeals  ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk  (X) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103  ( ) JUDGE

From: Pam Richter
    U.S. District Court
    222 West 7th Avenue, #4
    Anchorage, AK  99513


DC No: 3:00-cr-00132-JWS   Appeal No: 05-35683

Short title: USA v. Brown

Composition of Record

Clerk's Files in     4     volumes  (XXX) original     ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                           (folders)

Reporter's in *_____ volumes   (XXX) original     ( )certified copy
Transcripts

Exhibits:   in _____ envelopes  ( ) under seal

        in _____ boxes   ( ) under seal

Other: *Reporter's Transcripts in two expando folders consisting of docket numbers 25, 61, 62, 63 and 64.
(please note any documents filed under seal)


Acknowledgement:_____  Date:_____
"record.app" [11/21/97]