UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 15 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-35683 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-04-00161-JWS |
| v. | CR-00-00132-JWS |
|  | District of Alaska |
|  | Anchorage |
| LAMONT ANDRE BROWN, |  |
| Defendant - Appellant. | ORDER |

**RECEIVED**
DEC 21 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Proceedings in this case shall be held in abeyance pending the United States Supreme Court's resolution of *Burton v. Waddington*, 142 F. App'x 297 (9th Cir. 2005), *cert. granted*, 126 S. Ct. 2352 (2006), or further order of this court.

For the Court

Keith Hilzendeger
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A